IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL JONES,

    Plaintiff,

v.                                         Case No. 20-cv-897-jdp

OFFICER MCKOWSKI, OFFICER BOSWAR, WARDEN SUSAN NOVAK, SECURITY DIRECTOR, WARDEN LARRY FUCHS, PAMANDING SANNEH, GWEN SCHULTZ, KEVIN W. PITZEN, and CONCEPTA TERESA N. AMIMO,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                 November 2, 2021

Peter Oppeneer, Clerk of Court                Date